**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1450**

———————

LEROY M. THURSTON, JR.,

Plaintiff - Appellant,

versus

SAMUEL WHITE LAW FIRM; JOANNA, Associate,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, District Judge. (CA-02-32-3)

———————

Submitted: July 18, 2002          Decided: July 23, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Leroy M. Thurston, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Leroy M. Thurston, Jr. appeals the district court's order dismissing his civil action for lack of federal jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Thurston v. Samuel White Law Firm</u>, No. CA-02-32-3 (W.D. Va. Mar. 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>